**FILED**
08 JUL 29 PM 3:33
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

RALPH A. CAMPILLO (Bar No. 70376)
ralph.campillo@sdma.com
MARIO HORWITZ (Bar No. 110965)
mario.horwitz@sdma.com
ERIC A. JOHNSTON (Bar No. 243234)
eric.johnston@sdma.com
SEDGWICK, DETERT, MORAN & ARNOLD LLP
801 South Figueroa Street, 18th Floor
Los Angeles, CA 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Attorneys for Defendant,
STRYKER CORPORATION
erroneously sued as STRYKER, INC.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 1370 BTM WMc

| | |
|---|---|
| GREG CASAGRANDA,<br><br>Plaintiff,<br><br>vs.<br><br>STRYKER CORPORATION and Does 1 through 20, inclusive,<br><br>Defendants. | Case No.<br><br>(State Court Case No. 37-2008-0085116-CU-PL-CTL)<br><br>**DEFENDANT STRYKER CORPORATION'S NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO FRCP RULE 7.1 AND CIVLR 40.2** |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1 and Civil Local Rules, Rule 40.2, Defendant Stryker Corporation states that it does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

1

Case No.: _____

LA/829451v1

| | | |
|---|---|---|
| 1 | DATED:  July 29, 2008 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Ralph A. Campillo |
| | | Mario Horwitz |
| 5 | | Eric A. Johnston |
| | | Attorneys for Defendant, |
| 6 | | STRYKER CORPORATION |

2

Case No.: _____

LA/829451v1

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, 801 South Figueroa Street, 18th Floor, Los Angeles, California 90017-5556. On July 29, 2008, I served the within document(s):

**DEFENDANT STRYKER CORPORATION'S NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO FRCP RULE 7.1 AND CIVLR 40.2**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

| | |
|---|---|
| Kevin F. Quinn, Esq.<br>Brett J. Schreiber, Esq.<br>THORSNES BARTOLOTTA McGUIRE<br>2550 Fifth Avenue, Eleventh Floor<br>San Diego, California 92103<br>Telephone: (619) 236-9363<br>Facsimile: (619) 236-9653 | Attorney For Plaintiff<br>Greg Casagranda |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 29, 2008, at Los Angeles, California.

*Jeanine Johnson*

3

Case No.: _____

LA/829451v1