# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG CASAGRANDA,<br><br>                   Plaintiff,<br>   vs.<br>STRYKER CORPORATION,<br><br>                  Defendant. | CASE NO. 08CV1370 BTM (WMC)<br><br>ORDER TO SHOW CAUSE |

Defendant has removed this action pursuant to 28 U.S.C. § 1441 asserting diversity jurisdiction under 28 U.S.C. § 1332(a). Upon review of the complaint, it is unclear whether the jurisdictional amount requirement has been met. Specifically, although it appears that Plaintiff seeks damages for, among others, physical injury, pain and suffering, and lost wages, neither party provides specific information, such as Plaintiff's yearly salary or the cost of medical expenses, which would aid the Court in determining that the jurisdictional amount requirement had been met. Therefore, the Court orders the parties to show cause why this case should not be remanded for lack of jurisdiction. The parties shall file written responses to this OSC on or before August 22, 2008.

DATED: August 6, 2008

                                                             *[signature]*
                                           Honorable Barry Ted Moskowitz
                                           United States District Judge