
1  RALPH A. CAMPILLO (Bar No. 70376)
   ralph.campillo@sdma.com
2  MARIO HORWITZ (Bar No. 110965)
   mario.horwitz@sdma.com
3  ERIC A. JOHNSTON (Bar No. 243234)
   eric.johnston@sdma.com
4  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   801 South Figueroa Street, 18th Floor
5  Los Angeles, CA 90017-5556
   Telephone: (213) 426-6900
6  Facsimile:  (213) 426-6921

7  Attorneys for Defendant,
   STRYKER CORPORATION
8  erroneously sued as STRYKER, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG CASAGRANDA, | Case No. 08CV1370 BTM (WMC) |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL FRCP 41(A)(1)(a)(ii)** |
| STRYKER CORPORATION and Does 1 through 20, inclusive, | [Filed concurrently with Proposed Order] |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared in this action, namely plaintiff Greg Casagranda and defendant Stryker Corporation, hereby stipulate that this action be dismissed, with prejudice,

/ / /

/ / /

/ / /

1

Case No.: 08CV1370 BTM (WMC)

LA/832663v1

1  in its entirety, as to the sole named defendant Stryker Corporation, and as to all
2  fictitiously named defendants, each party to bear its own costs and attorneys' fees.
3
4  DATED: August 22, 2008                    THORSNES BARTOLOTA MCGUIRE
5
6                                             By: /s/ Brett J. Schreiber
7                                             Brett J. Schreiber
                                               Attorney for Plaintiff,
8                                              GREG CASAGRANDA
9
10 DATED: August 22, 2008                    SEDGWICK, DETERT, MORAN &
11                                            ARNOLD LLP
12
13                                             By: /s/
14                                             Ralph A. Campillo
                                               Mario Horwitz
15                                             Eric A. Johnston
                                               Attorneys for Defendant,
16                                             STRYKER CORPORATION

2

Case No.: 08CV1370 BTM (WMC)

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, 801 South Figueroa Street, 18th Floor, Los Angeles, California 90017-5556. On August 22, 2008, I served the within document(s):

**STIPULATION OF DISMISSAL FRCP 41(A)(1)(a)(ii)**

- ☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.
- ☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.
- ☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

Kevin F. Quinn, Esq.                    Attorney For Plaintiff
Brett J. Schreiber, Esq.                Greg Casagranda
THORSNES BARTOLOTTA McGUIRE
2550 Fifth Avenue, Suite 1100
San Diego, California 92103

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 22, 2008, at Los Angeles, California.

_____
ANGELO McCABE

LA/832663v1

3

Case No.: 08CV1370 BTM (WMC)