# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG CASAGRANDA,<br><br>Plaintiff,<br><br>vs.<br><br>STRYKER CORPORATION and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 08CV1370 BTM (WMC)<br><br>**ORDER GRANTING PARTIES' STIPULATION OF DISMISSAL** |

Having considered the Stipulation of Dismissal presented to the Court and finding good cause therefore:

IT IS HEREBY ORDERED that, pursuant to the Stipulation of Dismissal signed by the parties, this action is dismissed, with prejudice, in its entirety, each party to bear its own costs and attorneys' fees.

Dated: 9/2/ 2008

_____
HONORABLE BARRY T. MOSKOWITZ
UNITED STATES DISTRICT COURT

1

Case No.: 08CV1370 BTM (WMC)

LA/832681v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No.: 08CV1370 BTM (WMC)

LA/832681v1